# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE TULLER,** | CASE NO. 17-cv-05714-YGR |
| Plaintiff**,** | |
| vs. | **ORDER STAYING ACTION PENDING RESOLUTION OF CHAPTER 11 BANKRUPTCY** |
| **TINTRI, INC., ET AL.,** | Re: Dkt. No. 67 |
| Defendants**.** | |

The Court has received notice that defendant Tintri, Inc. filed a petition for bankruptcy. (Dkt. No. 67.) Accordingly, this action is **STAYED,** and the Court now sets this matter for a status hearing at **9:01 a.m. on Friday, April 12, 2019**. Five (5) business days prior to the date of the Status Hearing, plaintiffs must file a statement informing the Court of the status of the bankruptcy proceedings. If the statement has been timely filed, no appearance will be required and the status hearing will be taken off calendar. Telephonic appearances will be allowed if the statement has been submitted in a timely fashion and the Court deems the hearing necessary. Failure to do so may result in sanctions.

If plaintiffs become aware that the bankruptcy stay has been vacated, modified to allow this matter to proceed, or terminated by dismissal of the bankruptcy action, plaintiffs must immediately serve and file a notice that the bankruptcy stay is no longer in effect and request the setting of a Case Management Conference.

**IT IS SO ORDERED.**

Dated: July 12, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**