MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407
Email:  mclose@omm.com

JONATHAN ROSENBERG (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061
Email:  jrosenberg@omm.com

*Attorneys for Defendants Morgan Stanley & Co. LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; Pacific Crest Securities, a division of KeyBanc Capital Markets Inc.; Needham & Co., LLC; Piper Jaffray & Co.; Raymond James & Associates, Inc.; & William Blair & Company, L.L.C.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TULLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINTRI, INC., et al.,<br><br>Defendants. | Case No.  4:17-CV-05714-YGR<br><br>**CLASS ACTION**<br><br>**JOINDER IN INDIVIDUAL DEFENDANTS' OPPOSITION TO MOTION TO DETERMINE THAT THE AUTOMATIC STAY HAS NO EFFECT ON ACTION AGAINST NON-DEBTOR CO-DEFENDANTS; AND TO RESET LITIGATION SCHEDULE**<br><br>Date:  September 18, 2018<br>Time:  2:00 p.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 – 4th Floor |

JOINDER IN OPP. TO MOT. TO DETERMINE AUTOMATIC STAY
HAS NO EFFECT AND TO RESET LITIG. SCHEDULE

CASE NO. 4:17-CV-05714-YGR

1    The Underwriters[1] hereby join in the Individual Defendants' Opposition and incorporate by reference the arguments made in that filing.  The Underwriters respectfully submit this joinder to emphasize further why the Court should deny Plaintiffs' Motion.

As the Opposition shows, the Motion is a camouflaged request for reconsideration that fails because it is both procedurally and substantively improper under Local Rule 7-9. (Opposition at 2–3); *see also Sharp Corp. v. Hisense USA Corp.*, 2017 WL 6017897 at *6 (N.D. Cal. Dec. 5, 2017) (Gonzalez Rogers, J.) (denying motion for reconsideration due to movant's failure to identify "facts or evidence . . . that would support reconsideration"); *Twitter, Inc. v. Sessions*, 2017 WL 5751299 (N.D. Cal. Nov. 28, 2017) (Gonzalez Rogers, J.) (denying reconsideration where movant failed to demonstrate that case law required court to reach different result).  Plaintiffs devote the Motion to discussing when the automatic bankruptcy stay applies, and to whom it extends.  But the Court's Stay Order did not extend the automatic bankruptcy stay to the non-Tintri defendants.  (*See* Opposition at 3.)  Rather, the Court exercised its inherent authority to manage its docket when issuing the Order.  (*Id.* at 4–5.)  The Motion is a non-sequitur, requesting an advisory opinion on academic bankruptcy issues that neither the Order nor the defendants raised.

Plaintiffs' Motion cites no authority to support the proposition that the Court abused its discretion in exercising its inherent authority to manage the docket and enter a stay.  To the contrary, the Opposition shows that discretionary stays in cases like these are both proper and common to avoid problems such as duplicative litigation, and uncertainty regarding the status of insurance and document discovery (in the event the complaint were to survive the dismissal motions).  (*Id.* at 4–6.)  Issuing the Order was well within the Court's discretion and does not warrant reconsideration now.  (*See id.* at 4–7.)

---

[1] The "Underwriters" are Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., Pacific Crest Securities, a division of KeyBanc Capital Markets Inc., Needham & Co., LLC, Piper Jaffray & Co., Raymond James & Associates, Inc., & William Blair & Company, L.L.C. This joinder also refers to Ken Klein, Ian Halifax, and Kieran Harty as the "Individual Defendants," to Plaintiffs' Motion to Determine that the Automatic Stay Has No Effect on Action Against Non-Debtor Co-Defendants as the "Motion," to the Individual Defendants' opposition to the Motion as the "Opposition," and to the Court's July 12, 2018 order staying this case (Dkt. No. 68) as the "Stay Order."

Respectfully submitted,

Dated: August 27, 2018

O'MELVENY & MYERS LLP

By:   /s/ Jonathan Rosenberg
        Jonathan Rosenberg

*Attorneys for Defendants Morgan Stanley & Co. LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; Pacific Crest Securities, a division of KeyBanc Capital Markets Inc.; Needham & Co., LLC; Piper Jaffray & Co.; Raymond James & Associates, Inc.; & William Blair & Company, L.L.C.*