1  DANIEL J. BERGESON (SBN 109439)
   dbergeson@be-law.com
2  JOHN D. PERNICK (SBN 155468)
   jpernick@be-law.com
3  BERGESON, LLP
   111 North Market Street, Suite 600
4  San Jose, CA  95113
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendants
   KEN KLEIN, IAN HALIFAX, and
7  KIERAN HARTY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 LANCE TULLER, Individually and on Behalf of    Case No. 4:17-CV-05714-YGR
   All Others Similarly Situated,
14                                                **CLASS ACTION**
                         Plaintiff,
15                                                **NOTICE OF WITHDRAWAL AND
       vs.                                        SUBSTITUTION OF COUNSEL FOR
16                                                DEFENDANTS KEN KLEIN, IAN
   TINTRI, INC., et al.                           HALIFAX, AND KIERAN HARTY**
17
                         Defendants.
18

19

20

21

22

23

24

25

26

27

28
   NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
   KEN KLEIN, IAN HALIFAX, AND KIERAN HARTY
   Case No. 4:17-CV-05714-YGR

PLEASE TAKE NOTICE that Defendants KEN KLEIN, IAN HALIFAX, and KIERAN HARTY have retained Bergeson, LLP to substitute as counsel for Wilson Sonsini Goodrich & Rosati in the above-captioned matter.

Withdrawing counsel for Defendants KEN KLEIN, IAN HALIFAX, and KIERAN HARTY are:

> Caz Hashemi
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  (650) 439-9300
> chashemi@wsgr.com
>
> Benjamin M. Crosson
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  (650) 439-9300
> bcrosson@wsgr.com
>
> Doru Gavril
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  (650) 439-9300
> dgavril@wsgr.com
>
> Anthony S. Bestafka-Cruz
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  (650) 439-9300
> abestafkacruz@wsgr.com
>
> Liles H. Repp
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  (650) 439-9300
> lrepp@wsgr.com

1   All pleadings, orders and notices should henceforth be served upon the following
2   substituted counsel for Defendants KEN KLEIN, IAN HALIFAX, and KIERAN HARTY:

3
4           Daniel J. Bergeson
        Bergeson, LLP
5           111 N. Market Street, Suite 600
        San Jose, CA  95113
6           Telephone:  (408) 291-6200
        dbergeson@be-law.com
7
        John D. Pernick
8           Bergeson, LLP
        111 N. Market Street, Suite 600
9           San Jose, CA  95113
        Telephone:  (408) 291-6200
10          jpernick@be-law.com

11          Adam C. Trigg
        Bergeson, LLP
12          111 N. Market Street, Suite 600
        San Jose, CA  95113
13          Telephone:  (408) 291-6200
        atrigg@be-law.com
14

15   The undersigned parties consent to the above withdrawal and substitution of counsel.

16   DATED:  September 12, 2018

                                    */s/ Ken Klein*
17                                       KEN KLEIN

18   DATED:  September 12, 2018

                                    */s/ Ian Halifax*
19                                       IAN HALIFAX

20   DATED:  September 12, 2018

                                    */s/ Kieran Harty*
21                                       KIERAN HARTY

22
23   DATED:  September 12, 2018        WILSON, SONSINI, GOODRICH & ROSATI

24
                                    */s/Benjamin M. Crosson*
25                                       BENJAMIN M. CROSSON

26
27
28

| | | |
|---|---|---|
| 1 | DATED: September 12, 2018 | BERGESON, LLP |
| 2 | | |
| 3 | | */s/ John D. Pernick*<br>JOHN D. PERNICK |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| 8 | DATED: September 12, 2018 | BERGESON, LLP |
| 9 | | |
| 10 | | */s/ John D. Pernick*<br>JOHN D. PERNICK |

The above withdrawal and substitution of counsel is approved and so ORDERED.

_____
JUDGE OF THE U.S. DISTRICT COURT

- 3 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
KEN KLEIN, IAN HALIFAX, AND KIERAN HARTY
Case No. 4:17-CV-05714-YGR