# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE TULLER,**<br>Plaintiff,<br>vs.<br>**TINTRI, INC., ET AL.,**<br>Defendants. | CASE NO. 17-cv-05714-YGR<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 69 |

The Court has reviewed the papers submitted by the parties in connection with plaintiffs' motion to determine that the automatic stay has no effect on action against non-debtor co-defendants. (Dkt. No. 69.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for September 18, 2018 is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
**YVONNE GONZALEZ-ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**