**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
Natalie S. Pang (#305886)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Attorneys for Lead Plaintiff Henrik Thørring*
*and the Proposed Plaintiff Class*

[Additional Counsel on Signature Page]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TULLER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>TINTRI, INC., et al.,<br><br>                    Defendants. | Case No. 4:17-cv-05714-YGR<br><br><u>CLASS ACTION</u><br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:          August 30, 2019<br>Time:          9:01 a.m.<br>Courtroom:          1 |

1    The parties respectfully submit this Joint Status Conference Statement in advance of the

2    August 30, 2019, status hearing, pursuant to the Court's notice on April 11, 2019.  Dkt No. 81.

3    **I.      PROCEDURAL BACKGROUND**

4    On July 10, 2018, Tintri filed a Notice of Petition Under Chapter 11 of the United States

5    Bankruptcy Code and of Automatic Stay, informing the Court and the parties that it had filed a

6    voluntary petition under Chapter 11, Title 11 of the United States Code in the United States

7    Bankruptcy Court for the District of Delaware ("Bankruptcy Court"), captioned *In re Tintri, Inc.*,

8    No. 18-11625-KJC, before the Honorable Kevin J. Carey.  Dkt. No. 67.

9    On July 12, 2018, this Court entered an order staying all further proceedings in this action,

10   setting a status hearing for April 12, 2019, and directing Plaintiff to file a joint status update on

11   April 5, 2019.  Dkt. No. 68.  On September 14, 2018, the Court denied Plaintiff's subsequent

12   request for relief from the stay with respect to the non-debtor co-defendants.  Dkt. No. 78.  On

13   April 10, 2019, counsel submitted a joint status update.  Dkt. No. 80.  In light of the filing of the

14   joint status update, the Court continued the status hearing originally set for April 12, 2019, to

15   August 30, 2019, and requested that a joint status report be filed on August 23, 2019.  Dkt. No. 81.

16   **II.     STATUS OF THE BANKRUPTCY MATTER**

17   Tintri's bankruptcy case remains pending, and may be close to reaching its next milestone.

18   On July 10, 2019, the Official Committee of Unsecured Creditors filed its Chapter 11 Plan of

19   Liquidation (Bankr. Dkt. No. 391), along with a proposed Disclosure Statement (Bankr. Dkt. No.

20   392).  The proposed Plan set forth procedures for liquidating all of Tintri's remaining tangible and

21   intangible assets and placing the proceeds into a Liquidation Trust, after which funds will be

22   disbursed to various creditors in accordance with the priorities set forth in the Plan.  Certain

23   classes of creditors will be allowed to vote on whether to accept or reject the Plan.  After all votes

24   have been received—they are due on September 16, 2019—the Bankruptcy Court will hold a

25   hearing to consider the approval of the Plan, which is commonly referred to as confirmation.

26   Bankr. Dkt. No. 411.  The confirmation hearing is scheduled for September 26, 2019.  Bankr. Dkt.

27   No. 411.  If the Bankruptcy Court approves or confirms the Plan, the assets of, and claims against,

28

1  Tintri would be liquidated in accordance with the terms of the Plan.

2  **III.    RELATED CASES**

3      The state court proceeding, captioned *In re Tintri, Inc. Sec. Litig.*, 17-CIV-04312

4  ("Related State Action") pending in the Superior Court of the State of California, County of San

5  Mateo, before the Honorable V. Raymond Swope, remains stayed at the pleadings stage.

6  **IV.    CASE STATUS UPDATE**

7      On August 6, 2019, the parties in this action and in the Related State Action participated in

8  private mediation, which was unsuccessful.  Plaintiff intends to move to lift the stay in this action

9  as soon as is practicable and appropriate after the conclusion of Tintri's confirmation hearing.

10  With this Court's approval, the parties respectfully suggest that they file a further case status

11  update within 90 days.

12      Additionally, consistent with the Court's guidance in its Order Staying Action Pending

13  Resolution of Chapter 11 Bankruptcy (Dkt. No. 68), the parties believe that the timely filing of

14  this notice negates the requirement for an appearance on August 30 and that the August 30 status

15  hearing should be taken off the calendar, unless the Court deems a hearing necessary.

16

17                                  Respectfully submitted,

18  Dated:  August 23, 2019              **GLANCY PRONGAY & MURRAY LLP**

19
                                     By: */s/ Robert V. Prongay*
20                                     Robert V. Prongay
                                     Kara M. Wolke
21                                     Natalie S. Pang
                                     1925 Century Park East, Suite 2100
22                                     Los Angeles, California 90067
                                     Telephone: (310) 201-9150
23                                     Facsimile: (310) 201-9160
                                     Email: info@glancylaw.com
24

25                                     *Lead Counsel for Plaintiffs and the Proposed Class*

26

27

28

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Times Wang
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**BRONSTEIN GEWIRTZ & GROSSMAN LLP**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

*Additional Counsel for Plaintiffs and the Proposed
Plaintiff Class*

DATED:  August 23, 2019     **WILSON SONSINI GOODRICH & ROSATI**

By: _s/ Benjamin M. Crosson_
Caz Hashemi
Benjamin M. Crosson
Doru Gavril
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chashemi@wsgr.com
Email: bcrosson@wsgr.com
Email: dgavril@wsgr.com

*Attorneys for Defendant Tintri. Inc.*

DATED:  August 23, 2019     **BERGESON, LLP**

By: _/s/ John D. Pernick_
John D. Pernick
111 North Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
Email: jpernick@be-law.com

*Attorneys for Individual Defendants Ken Klein, Ian
Halifax, and Kieran Harty*

3

DATED:  August 23, 2019                    **O'MELVENY & MYERS LLP**

                                            By: *s/ Matthew W. Close*
                                            Matthew W. Close
                                            400 South Hope Street, 18th Floor
                                            Los Angeles, California 90071
                                            Telephone:  (213) 430-6000
                                            Facsimile:  (213) 430-6407

                                            Jonathan Rosenberg
                                            7 Times Square
                                            New York, New York 10036
                                            Telephone:  (212) 326-2000
                                            Facsimile:  (212) 326-2061

                                            *Attorneys for Defendants Morgan Stanley & Co.*
                                            *LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.;*
                                            *Pacific Crest Securities, a division of KeyBanc*
                                            *Capital Markets Inc.; Needham & Co., LLC; Piper*
                                            *Jaffray & Co.; Raymond James & Associates, Inc.;*
                                            *and William Blair & Company, L.L.C.*

## <u>ATTESTATION</u>

I, Robert V. Prongay, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the Signatories herein, including Counsel for Defendants, concur in this filing.

DATED:  August 23, 2019                    *s/ Robert V. Prongay*
                                            Robert V. Prongay

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On August 23, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 23, 2019, at Los Angeles, California.


*s/ Robert V. Prongay*
Robert V. Prongay