MATTHEW W. CLOSE (S.B. #188570)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Email: mclose@omm.com
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

JONATHAN ROSENBERG (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Morgan Stanley & Co. LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; Pacific Crest Securities, a division of KeyBanc Capital Markets Inc.; Needham & Co., LLC; Piper Jaffray & Co.; Raymond James & Associates, Inc.; William Blair & Company, L.L.C.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TULLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TINTRI, INC., et al.,<br><br>Defendants. | Case No. 4:17-CV-05714-YGR<br><br>**DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1. Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("MLPF&S"), hereby amend MLPF&S's March 12, 2018 corporate disclosure statement (Dkt. No. 46) and certify that MLPF&S is a direct, wholly-owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

2. Pursuant to Civil L.R. 3-15, the undersigned certifies that in addition to the persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities identified in MLFP&S's March 12, 2018 disclosure statement, Berkshire Hathaway Inc. also has (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated:  August 23, 2019                Respectfully Submitted,

O'MELVENY & MYERS LLP

By:   /s/ Matthew W. Close
         Matthew W. Close

*Attorneys for Morgan Stanley & Co. LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; Pacific Crest Securities, a division of KeyBanc Capital Markets Inc.; Needham & Co., LLC; Piper Jaffray & Co.; Raymond James & Associates, Inc.; William Blair & Company, L.L.C.*