GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay (#270796)
Kara M. Wolke (#241521)
Natalie S. Pang (#305886)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Lead Plaintiff Henrik Thørring and the Proposed Plaintiff Class*

[Additional Counsel on Signature Page]

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/11/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TULLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TINTRI, INC., et al.,<br><br>Defendants. | Case No. 4:17-cv-05714-YGR<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE OF VOLUNTARY DISMISSAL
Case No. 4:17-cv-05714-YGR

Please take notice that Lead Plaintiff Henrik Thørring ("Lead Plaintiff") hereby voluntarily dismisses *Lance Tuller v. Tintri, Inc. et al* ("*Tuller* Action") against all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No compensation in any form has passed directly or indirectly from any of the defendants to Lead Plaintiff or Lead Counsel and no promise to give any such compensation has been made.

Lead Plaintiff will continue to litigate a case on behalf of class members in the Superior Court of the State of California, County of San Mateo with other plaintiffs who filed cases against defendants in the Superior Court of the State of California, County of San Mateo on September 20, 2017 (*Clayton v. Tintri, Inc., et al.,* Case No. 17-CIV-04312), September 21, 2017 (*Nurlybayev v. Tintri, Inc., et al.,* Case No. 17-CIV-04321), and October 6, 2017 (*Golosiy v. Tintri, Inc., et al.,* Case No. 17-CIV-04618); these cases were consolidated on June 6, 2018 (*In re Tintri, Inc. Sec. Litig.*, Case No. 17-CIV-04312) ("Related State Action").

The *Tuller* Action and the Related State Action were both stayed at the pleadings stage in light of Tintri filing a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") (Case No. 18-11625 (the "Chapter 11 Case")) on July 10, 2018. Dkt. No. 68. To date, Tintri's Chapter 11 Case remains pending. Lead Plaintiff will seek to pursue his claims on behalf of himself and the putative class in state court in connection with the Related State Action upon dismissal of the *Tuller* Action.

Dated: February 7, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Robert V. Prongay*
Robert V. Prongay
Kara M. Wolke
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 2 | Steven J. Toll |
|   | Times Wang |
| 3 | 1100 New York Ave. NW, Suite 500 |
|   | Washington, DC 20005 |
| 4 | Telephone: (202) 408-4600 |
|   | Facsimile: (202) 408-4699 |
| 5 | |
|   | **BRONSTEIN GEWIRTZ & GROSSMAN LLP** |
| 6 | Peretz Bronstein |
|   | 60 East 42nd Street, Suite 4600 |
| 7 | New York, New York 10165 |
|   | Telephone: (212) 697-6484 |
| 8 | Facsimile: (212) 697-7296 |
| 9 | |
|   | *Additional Counsel for Plaintiffs and the Proposed* |
| 10 | *Plaintiff Class* |

# PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 7, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2020, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

512962.1 TINTRI